# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-40514

United States Court of Appeals
Fifth Circuit

**FILED**

June 24, 2016

UNITED STATES OF AMERICA,

Lyle W. Cayce
Clerk

Plaintiff - Appellee

v.

MARIO TULIO DE SANTIAGO-GUILLEN, also known as Marco De Santiago, also known as Marco Guillen-Desantiago, also known as Marco T. De Santiago, also known as Mario De Santiago-Guillen,

Defendant - Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:13-CR-1128-1

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before WIENER, SOUTHWICK, and GRAVES, Circuit Judges.

PER CURIAM:*

This case returns to us on remand from the Supreme Court, No. 15-6107, *Mario Tulio De Santiago-Guillen v. United States*, 136 S.Ct. 1711 (2016). The Supreme Court vacated our affirmance of the district court's sentence of De

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-40514

Santiago-Guillen and remanded this case to us for further consideration in light of *Molina-Martinez v. United States*, 136 S.Ct. 1338 (2016).

After further consideration, we VACATE the district court's sentence of De Santiago-Guillen and REMAND this case to the District Court for the Southern District of Texas for resentencing consistent with the opinion of the Supreme Court in *Molina-Martinez*.